McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 29 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FILEMON PADILLA-MARTINEZ, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:19-MJ-146-KJN<br><br>[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case, keep the complaint and any reference to the third defendant sealed, and file a redacted copy of the sealed complaint is GRANTED.

Dated: August 29, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge