HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
OSCAR FRANCISCO-DIEGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>OSCAR FRANCISCO-DIEGO,<br><br>           Defendant. | Case No.  2:19-CR-00159-MCE-3<br><br>WAIVER OF FRANCISCO-DIEGO'S PERSONAL APPEARANCE FOR SENTENCING<br><br>Date:   September 3, 2020<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

Under CARES Act § 15002(b), Oscar Francisco-Diego, by and through his counsel of record, consents to proceed with his disposition hearing by video-teleconference.  With the assistance of a court-certified Spanish language interpreter, counsel has advised Mr. Francisco-Diego of his right to appear in person for this hearing, as well as of his ability to waive his personal appearance and appear via video-teleconference.  Mr. Francisco-Diego waives his right to personally appear at his sentencing hearing on September 3, 2020.

Pursuant to Gen. Order 616, counsel for Mr. Francisco-Diego signs this waiver on his behalf.

Date: August 13, 2020

                                            _/s/ Oscar Francisco-Diego_____
                                            OSCAR FRANCISCO-DIEGO

I agree and consent to my Client's waiver of appearance.

Dated:  August 13, 2020

                                         _s/ Noa Oren_____
                                         NOA E. OREN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         OSCAR FRANCISCO-DIEGO

IT IS SO ORDERED.

Dated:  August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE